No. 05–5385. FINBARB *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5386. FERNANDEZ-PENA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5387. ODUTAYO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5388. GARCIA-CARDENAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5389. JEFFUS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–5390. BIGBY *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–5391. GRAY *v.* MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 05–5392. HORTON *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 05–5393. GORDON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 05–5394. HILL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–5395. JEFFUS *v.* DREW, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–5396. FIAMENGO *v.* WADSWORTH ET AL. C. A. 2d Cir. Certiorari denied.

No. 05–5397. HUNTER *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 05–5399. HESS *v.* TENNIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.